IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DIANE M. RIVAS, | CV 07-6029-MA |
|       Plaintiff, | J U D G M E N T |
|   v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
|       Defendant. | |

Based on the record and the opinion and order filed herewith, the final decision of the Commissioner is AFFIRMED and this case is DISMISSED.

IT IS SO ORDERED.

DATED this 25_ day of June, 2008.

                                      /s/ Malcolm F. Marsh
                                      Malcolm F. Marsh
                                      United States District Judge